FAYE V. PETERSON v. PALMER A. PETERSON AND ANOTHER.
JEROME DALY, RELATOR.

153 N. W. (2d) 830.

October 27, 1967—No. 39,894.

*Jerome Daly,* pro se, for relator.
*James P. Rorris* and *Dygert & Gunn,* for respondent.

PER CURIAM.

Relator was convicted of contempt by the District Court of Hennepin County on March 19, 1965. The contempt was both constructive and criminal in nature. Because relator was not afforded a jury trial and the proceedings do not conform to the procedures required by our decision in Peterson

v. Peterson, 278 Minn. 275, 153 N. W. (2d) 825, his conviction must be reversed and a new trial granted.

Reversed and remanded for a new trial.